No. 95–7960.   VAN FRIPP v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 95–7978.   LEMON v. JOHNSON, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 95–942.   DEAN v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 95–984.   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. v. NEW JERSEY COMMISSIONER OF INSURANCE ET AL. Super. Ct. N. J., App. Div.   Motion of Illinois for leave to file a brief as *amicus curiae* out of time denied.   Certiorari denied.

No. 95–1082.   NIPPON CARBIDE INDUSTRIES CO., INC. v. MINNESOTA MINING & MANUFACTURING CO., INC.   C. A. 8th Cir. Motion of Association of International Automobile Manufacturers for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 95–1118.   BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN ET AL. v. MARSHFIELD CLINIC ET AL.   C. A. 7th Cir. Motion of Blue Cross and Blue Shield Association for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 95–1128.   PHILADELPHIA REINSURANCE CORP. ET AL. v. NORTH RIVER INSURANCE CO.; and
No. 95–1138.   UNDERWRITERS AND UNDERWRITING SYNDICATES AT LLOYD'S ET AL. v. NORTH RIVER INSURANCE CO.   C. A. 2d Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 95–1154.   DALKON SHIELD CLAIMANTS TRUST v. SHADBURNE-VINTON, NKA SHADBURNE.   C. A. 4th Cir.   Motion of Baxter Healthcare Corp. for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 95–1178.   MARICOPA COUNTY v. JUNOT.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.